UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80236-MIDDLEBROOKS/BRANNON

STEVEN VELIE, *et al.*,

    Plaintiffs,

v.

SOUTH FLORIDA ELECTRIC, LLC,
*et al.*,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve Settlement and Dismissal with Prejudice [DE 36] ("Motion"), filed on June 11, 2015. Plaintiffs initiated this action on February 23, 2015 for unpaid wages and unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). [DE 1]. The parties now advise the Court that they have settled all claims in this action, and move for dismissal.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. U. S.*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where, as here, the

settlement agreement was entered into in an adversarial context and both sides were represented by counsel throughout the litigation, the settlement agreement is "more likely to reflect a reasonable compromise over issues." *Id.*

Upon a review of the Parties' Settlement Agreement [DE 36-1], the Court finds that the settlement is a fair and reasonable, arms-length resolution of the Parties' dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Parties' Joint Motion to Approve Settlement and Dismissal with Prejudice [DE 36] is **GRANTED**;

2. The Parties' settlement [DE 36-1] is fair and reasonable and is hereby **APPROVED**;

3. This case is **DISMISSED with prejudice**; and

5. The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 12 day of June, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

2